**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 13** |
| **THOMAS EDWARD HOST** ) | |
| **and** ) | **Case No. 07-40154-jwv** |
| **TRACEY MICHELLE HOST** ) | |
| **Debtors** ) | |

FIRST AMENDED PLAN

COMES NOW, the Debtors, Thomas and Tracey Host, by and through their attorney, Charice L. Holtsclaw, and amend their Chapter 13 Plan as follows:

1.   Payments should increase to $1,185/month beginning in May.


/s/ April 10, 2007
/s/ Thomas Host
/s/ Tracey Host

                                    Respectfully Submitted,

                                    /s/ Charice L. Holtsclaw
                                    Charice L. Holtsclaw, #57772
                                    Legal Helpers
                                    1125 Grand, Suite 916
                                    Kansas City, Mo 64106
                                    816-283-8484 Phone
                                    816-283-3940 Fax
                                    chh@legalhelpers.com