# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

**In re:   THOMAS EDWARD HOST JR**
**TRACEY MICHELLE HOST**

**Case No.:  07-40154-jwv-13**

**Debtors**

## MOTION TO DENY CONFIRMATION OF PLAN

Comes now Richard V. Fink, Chapter 13 Trustee, and requests the court deny confirmation of the debtor's proposed plan (document #24), filed on or about April 10, 2007, and in support thereof states that issues related to the proposed plan include:

1. Section 1308/521: tax return not provided to the trustee

2. Mrs. Host needs to appear at the continued 341 meeting 5/31 or be granted a waiver of appearance by the US Trustee

Wherefore, the Chapter 13 Trustee moves the Court for an Order Denying Confirmation of the proposed plan.

April 27, 2007

Respectfully submitted,

/s/ Richard V. Fink, Trustee
Richard V. Fink, Trustee
818 Grand Blvd., Suite 800
Kansas City, MO 64106-1901

**Any response to the motion must be filed within twenty (20) days of the date of this notice with the Clerk of the United States Bankruptcy Court.**  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing.  If debtor's counsel is not registered for electronic filing, you must serve the response by mail.  If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing.  If a hearing is to be held, notice of such hearing will be sent to all parties in interest.  **If no response is filed within twenty (20) days, the Court may enter an Order dismissing the case.**  If an amended plan is filed, the motion to deny confirmation will be denied as moot without further notice.  For information about electronic filing, go to http://www.mow.uscourts.gov.  If you have any questions about this document, contact your attorney.

## NOTICE OF SERVICE

Appropriate parties will be served by the Chapter 13 Trustee's office either electronically or by mail.

Charice L Holtsclaw Esq
Legal Helpers Pc
1125 Grand # 916
Kansas City MO 64106

/s/ Richard V. Fink, Trustee

DE        /Deny_Confirmation