UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re: Thomas Edward Host Jr
SSN: XXX-XX-1879

Tracey Michelle Host
SSN: XXX-XX-6359

Case No.: 07-40154-jwv-13
Judge: Jerry W. Venters
Dated: August 11, 2007

## NOTICE ALLOWING/DISALLOWING CLAIMS

Pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001(f) of the Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that these claims be allowed as set out below or disallowed as "not filed", unless an objection is filed and the Court enters an Order which provides different treatment.

| Creditor | Claim Info | Payment Info |
|---|---|---|
| American General Finance<br>3413 A S Noland Rd<br>Independence, MO 64055 | Court Claim No.: 3<br>Trustee Claim No.: 3<br>% to be Paid: 100.00 %<br>Claim Amount: $2,718.00 | Monthly Payment: $16.67<br>Claim Type: Secured<br>Interest Rate: 7.39 %<br>Account: 2948116 |
| Americredit<br>Po Box 183853<br>Arlington, TX 76096 | Court Claim No.: 4<br>Trustee Claim No.: 2<br>% to be Paid: 100.00 %<br>Claim Amount: $14,081.41 | Monthly Payment: $277.87<br>Claim Type: Secured - Vehicle<br>Interest Rate: 7.39 %<br>Account: 424969459/246575 |
| B Line Llc Applied Card Systems Inc<br>Mail Stop 550<br>2101 Fourth Ave # 1030<br>Seattle, WA 98121 | Court Claim No.: 7<br>Trustee Claim No.: 4<br>% to be Paid: 100.00 %<br>Claim Amount: $787.95 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 3673 |
| Budget Line Cash Advance<br>607 S State Route 7<br>Blue Springs, MO 64014 | Court Claim No.: Not Filed<br>Trustee Claim No.: 5<br>% to be Paid: 100.00 %<br>Claim Amount: Not Filed | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: |
| Capital One Bank<br>C/O Tsys Debt Management<br>Po Box 5155<br>Norcross, GA 30091 | Court Claim No.: 5<br>Trustee Claim No.: 6<br>% to be Paid: 100.00 %<br>Claim Amount: $482.32 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 48TDM62591091353 |

Case No.: 07-40154-jwv-13				Debtor: Thomas Edward Host Jr				Joint Debtor: Tracey Michelle Host

| | | |
|---|---|---|
| Capital One Bank<br>C/O Tsys Debt Management<br>Po Box 5155<br>Norcross, GA 30091 | Court Claim No.:    6<br>Trustee Claim No.:    7<br>% to be Paid:    100.00 %<br>Claim Amount:    $653.18 | Monthly Payment: $0.00<br>Claim Type:  General Unsecured<br>Interest Rate:  0.00 %<br>Account: 51TDM52573156094 |
| Cedar Brook Apts<br>3100 Quail Dr<br>Independence, MO 64055 | Court Claim No.:    Not Filed<br>Trustee Claim No.:    8<br>% to be Paid:    100.00 %<br>Claim Amount:    Not Filed | Monthly Payment: $0.00<br>Claim Type:  General Unsecured<br>Interest Rate:  0.00 %<br>Account: 1879 |
| Check Into Cash Of Mo<br>Attn Collections<br>Po Box 550<br>Cleveland, TN 37364-0550 | Court Claim No.:    8<br>Trustee Claim No.:    9<br>% to be Paid:    100.00 %<br>Claim Amount:    $468.00 | Monthly Payment: $0.00<br>Claim Type:  General Unsecured<br>Interest Rate:  0.00 %<br>Account: 6359 |
| Citifinancial Auto Corp<br>Po Box 9578<br>Coppell, TX 75019-9578 | Court Claim No.:    1<br>Trustee Claim No.:    1<br>% to be Paid:    100.00 %<br>Claim Amount:    $26,667.07 | Monthly Payment: $516.54<br>Claim Type: Secured - Vehicle<br>Interest Rate:  7.39 %<br>Account: 88301/249338 |
| Credit World<br>6000 Martway<br>Mission, KS 66202 | Court Claim No.:    Not Filed<br>Trustee Claim No.:    10<br>% to be Paid:    100.00 %<br>Claim Amount:    Not Filed | Monthly Payment: $0.00<br>Claim Type:  General Unsecured<br>Interest Rate:  0.00 %<br>Account: 4524 |
| Cross Country Bank<br>800 Delaware Ave<br>Wilmington, DE 19801 | Court Claim No.:    Not Filed<br>Trustee Claim No.:    11<br>% to be Paid:    100.00 %<br>Claim Amount:    Not Filed | Monthly Payment: $0.00<br>Claim Type:  General Unsecured<br>Interest Rate:  0.00 %<br>Account: 0202 |
| Ecast Settlement Corp<br>Po Box 35480<br>Newark, NJ 07193-5480 | Court Claim No.:    9<br>Trustee Claim No.:    14<br>% to be Paid:    100.00 %<br>Claim Amount:    $537.06 | Monthly Payment: $0.00<br>Claim Type:  General Unsecured<br>Interest Rate:  0.00 %<br>Account: 5286 |

| | | |
|---|---|---|
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 | Court Claim No.:   Not Filed<br>Trustee Claim No.:   12<br>% to be Paid:   100.00 %<br>Claim Amount:   Not Filed | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 0907 |
| Heartland Spine & Spec<br>10720 Nall Ave<br>Leawood, KS 66211 | Court Claim No.:   Not Filed<br>Trustee Claim No.:   13<br>% to be Paid:   100.00 %<br>Claim Amount:   Not Filed | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: |
| King Of Kash<br>5533 Troost<br>Kansas City, MO 64110 | Court Claim No.:   Not Filed<br>Trustee Claim No.:   15<br>% to be Paid:   100.00 %<br>Claim Amount:   Not Filed | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: |
| Loan N Go<br>490 Sw State Route 7<br>Blue Springs, MO 64014 | Court Claim No.:   Not Filed<br>Trustee Claim No.:   16<br>% to be Paid:   100.00 %<br>Claim Amount:   Not Filed | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: |
| Mazuma Credit Union<br>9300 Troost<br>Kansas City, MO 64131 | Court Claim No.:   Not Filed<br>Trustee Claim No.:   17<br>% to be Paid:   100.00 %<br>Claim Amount:   Not Filed | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 1001 |
| Midwest Regional Collection<br>7001 N Locust # 200<br>Kansas City, MO 64118 | Court Claim No.:   Not Filed<br>Trustee Claim No.:   18<br>% to be Paid:   100.00 %<br>Claim Amount:   Not Filed | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: |
| Missouri Department Of Revenue<br>Po Box 475<br>Jefferson City, MO 65105-0475 | Court Claim No.:   12<br>Trustee Claim No.:   28<br>% to be Paid:   100.00 %<br>Claim Amount:   $518.00 | Monthly Payment: $0.00<br>Claim Type: State/Local Taxes<br>Interest Rate: 0.00 %<br>Account: 1879/6359 |

| | | |
|---|---|---|
| Case No.: 07-40154-jwv-13 | Debtor: Thomas Edward Host Jr | Joint Debtor: Tracey Michelle Host |

| | | | |
|---|---|---|---|
| Orchard Bank<br>1138 N Germantown Pkwy<br>Suite 101 270<br>Cordova, TN 38016 | Court Claim No.:   Not Filed<br>Trustee Claim No.:   19<br>% to be Paid:   100.00 %<br>Claim Amount:   Not Filed | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: | |
| Quik Cash<br>490 S 7 Hwy<br>Blue Springs, MO 64014 | Court Claim No.:   11<br>Trustee Claim No.:   20<br>% to be Paid:   100.00 %<br>Claim Amount:   $1,008.90 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: TRACY:0182050271 & 0182050232 | |
| Research Medical Center<br>Nco Healthcare Services  Attn: Heather Mason<br>1804 Washington Blvd  Dept 600 Atty Division<br>Baltimore, MD 21230 | Court Claim No.:   10<br>Trustee Claim No.:   27<br>% to be Paid:   100.00 %<br>Claim Amount:   $1,916.51 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 55052971/55703639/55893146 | |
| Southwest Credit Syste<br>5910 W Plano Pkwy Ste 10<br>Plano, TX 75093 | Court Claim No.:   Not Filed<br>Trustee Claim No.:   21<br>% to be Paid:   100.00 %<br>Claim Amount:   Not Filed | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 4232 | |
| Sun Loan Company<br>3921 Main St<br>Kansas City, MO 64111 | Court Claim No.:   Not Filed<br>Trustee Claim No.:   22<br>% to be Paid:   100.00 %<br>Claim Amount:   Not Filed | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 5205 | |
| T Mobile<br>Po Box 53410<br>Bellevue, WA 98015 | Court Claim No.:   Not Filed<br>Trustee Claim No.:   23<br>% to be Paid:   100.00 %<br>Claim Amount:   Not Filed | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: | |
| Thomas Edward Host Jr<br>7040 Chase Ridge Trail # 1020<br>Ft Worth, TX 76137 | Court Claim No.:   Not Filed<br>Trustee Claim No.:   0<br>% to be Paid:   0.00 %<br>Claim Amount:   Not Filed | Monthly Payment: $0.00<br>Claim Type: Debtor Refund<br>Interest Rate: 0.00 %<br>Account: | |

Case No.:  07-40154-jwv-13             Debtor: Thomas Edward Host Jr             Joint Debtor: Tracey Michelle Host

| World Finance | Court Claim No.: Not Filed | Monthly Payment: $0.00 |
| 1520 E 23Rd St S # N | Trustee Claim No.: 25 | Claim Type: General Unsecured |
| Independence, MO 64055-1600 | % to be Paid: 100.00 % | Interest Rate: 0.00 % |
|  | Claim Amount: Not Filed | Account: 3201 |

| World Finance | Court Claim No.: Not Filed | Monthly Payment: $0.00 |
| 1520 E 23Rd St S # N | Trustee Claim No.: 26 | Claim Type: General Unsecured |
| Independence, MO 64055-1600 | % to be Paid: 100.00 % | Interest Rate: 0.00 % |
|  | Claim Amount: Not Filed | Account: |

| World Financial Network National Bank Lane Bryant | Court Claim No.: 2 | Monthly Payment: $0.00 |
| C/O Weinstein & Riley Ps | Trustee Claim No.: 24 | Claim Type: General Unsecured |
| 2101 Fourth Ave Ste 900 | % to be Paid: 100.00 % | Interest Rate: 0.00 % |
| Seattle, WA 98121 | Claim Amount: $936.75 | Account: 9267 |

    Any response to the notice must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing.  If you received this notice via fax, e-mail or EDI, it may not be docketed with the U.S. Bankruptcy Court for 1-3 business days.  If the debtor's counsel is not registered for electonic filing, you must serve the response by mail.  If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing.  If a hearing is to be held, notice of such hearing will be sent to all parties in interest.  If you have questions about this document, contact your attorney.

Dated:  August 11, 2007                                                  /s/ Richard V. Fink, Trustee
                                                                                                          Richard V. Fink, Trustee
                                                                                                          818 Grand Blvd., Suite 800
                                                                                                          Kansas City, MO 64106-1901

## NOTICE OF SERVICE

    The Notice Allowing/Disallowing Claims will be served either by mail or electronically on the debtor and the debtor's attorney.  The individual creditors will be served by mail or electronically, an Acknowledgment which sets out their claim(s) related to this case.

                                                                                                            /s/ Richard V. Fink, Trustee