**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 13** |
| **THOMAS EDWARD HOST** ) | |
| **and** ) | **Case No. 07-40154-jwv** |
| **TRACEY MICHELLE HOST** ) | |
| **Debtors** ) | |

**CHAPTER 13 PLAN AND PLAN SUMMARY**

☐ Original plan                            ☒ Above median
☒ Second Amended plan                      ☐ Below median

    **1.**    **PLAN PAYMENT:** Debtor shall pay $1,400.00 per month from future earnings to the standing Chapter 13 trustee.

        a.    ☒ Direct payment: from debtor(s) to trustee; or

        b.    ☐ Voluntary Wage Assignment to Employer:

Date: 09/14/2009

Chapter 13 debtor: s/ Thomas Edward Host
Chapter 13 debtor: s/ Tracey Michelle Host

By:

Attorney name: s/ Keith A. Wellman 22813KS
Attorney address: 1125 Grand Blvd., Suite 916, Kansas City, MO 64106
Attorney phone number: 816-283-8484