502(8/08)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

F I L E D

10/6/09

U.S. Bankruptcy Court
Western District of Missouri

In Re:  Thomas Edward Host and Tracey Michelle Host
      *ABOVE MED*

Case No.: 07–40154–jwv13

Debtor(s)

**ORDER CONFIRMING CHAPTER 13 PLAN**
**AS FILED OR AMENDED ON OR ABOUT 9/14/09**

The court finds that the amended Chapter 13 plan complies with the requirements of 11 U.S.C. § 1322(a), 1322 (b), 1323(c) and 1325(a) pursuant to 11 U.S.C. § 1329. It is therefore
    ORDERED, ADJUDGED and DECREED:
1. The plan is confirmed as amended.
2. The debtor or any entity from which the debtor receives income shall pay to the trustee according to the terms of the plan which shall not exceed 5 years. Payments shall continue until further order of this court. The trustee may cause a wage order to be issued to the debtor's employer. 11 U.S.C.§ 1322(a)(1), 1322(d), and 1325(c). Local Rule 3083–1G.
3. Payments to all creditors shall be made according to the terms of the plan, Local Rules of this Court, the trustee's notice to allow claims, the trustee's notice to allow additional or amended claims, and further orders of the court. The trustee shall only make payments to creditors with filed and allowed claims. 11 U.S.C. § 1326(c), Local Rule 3084–1, and Local Rule 3085–1.
4. Priority claimants shall be paid in full pursuant to 11 U.S.C. § 1322(a)(2).
5. The trustee shall be paid in full pursuant to 11 U.S.C. § 503(b), 1326(b)(2) and 28 U.S.C. § 586(e)(1)(A) and (B).
6. For cases filed on or before October 16, 2005, the debtor shall devote to the plan all disposable income during the first 36 months after the first payment is due under the plan unless the debtor pays 100 percent to all filed and allowed claimants. Regardless of when the case was filed the debtor shall report to the standing trustee any events affecting disposable income, including but not limited to: changes in income, tax refunds, inheritances, prizes, lawsuits, gifts, etc., which are received or receivable during the pendency of the case.
7. The debtor shall not incur any additional debts while this case is open without prior approval of the court except those which may be necessary in an emergency for the protection and preservation of life, health, or property. The trustee may grant borrowing requests pursuant to Local Rule 3088–1.
8. Until the case is closed, the debtor is enjoined and prohibited from selling, encumbering, or in any manner disposing of assets without the prior order of the court except as may be required in the course of the debtor's business if the debtor is engaged in business. The debtor may, without court order, sell unencumbered property which has not had a lien avoided as part of this proceeding with a fair market value less than $2,500.00 so long as, within 10 days of the sale, the debtor files with the court an accounting of said sale.
9. Title to the property of the estate vests in the debtor(s) or as specified in the plan. 11 U.S.C. § 1327(b).
10. Confirmed plans may be amended pursuant to 11 U.S.C. § 1329 and may be amended to comply with 11 U.S.C. § 1322(d).
11. Funds paid into the trustee's office in a confirmed plan prior to the case being dismissed or converted shall be distributed pursuant to the confirmed plan and this confirmation order.

Dated: 10/6/09

                            /s/ Jerry W. Venters
                         UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0866-4           User: richardk                Page 1 of 2                   Date Rcvd: Oct 06, 2009
Case: 07-40154                 Form ID: 502                  Total Noticed: 37


The following entities were noticed by first class mail on Oct 08, 2009.
db/jdb       +Thomas Edward Host, Jr.,    Tracey Michelle Host,    1200 Fuller Wiser Road,
               Euless, TX 76039-3082
12068866    ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit,     PO Box 183853,    Arlington, TX 76096)
12062003   ++++AMERICREDIT,    801 CHERRY ST UNIT 12,    FORT WORTH TX 76102-6896
              (address filed with court: Americredit,     801 Cherry St Ste 3900,    Fort Worth TX 76102-0000)
12062012    ++APPLIED BANK,    PO BOX 15809,    WILMINGTON DE 19850-5809
              (address filed with court: Cross Country Bank,     800 Delaware Ave,    Wilmington DE 19801-0000)
12062004    ++APPLIED BANK,    PO BOX 15809,    WILMINGTON DE 19850-5809
              (address filed with court: Applied Card Bank,     800 Delaware Ave,    Wilmington DE 19801-0000)
12062002     +Amer Gen Fin,    Po Box 3130,    Independence MO 64055-8130
12062005     +Budget Line Cash Advance,     607 S State Route 7,    Blue Springs MO 64014-3207
12128979     +CHECK INTO CASH,    P.O BOX 550,    CLEVELAND, TN 37364-0550
12062006     +Cap One Bk,    Po Box 85520,    Richmond VA 23285-5520
12062007     +Capital 1 Bk,    11013 W Broad St,    Glen Allen VA 23060-5937
12070632     +Capital One Bank,    c/o TSYS Debt Management,     PO Box 5155,    Norcross, GA 30091-5155
12062008     +Cedar Brooke Apartments,    3100 Quail Creek Drive,    Independence MO 64055-6297
12062009     +Check into Cash,    3423 S Noland Rd,    Independence MO 64055-1319
12062010     +Citi Auto,    2208 Highway 121 Ste 100,    Bedford TX 76021-5981
12066170     +Citifinancial Auto Corp.,    P.O. Box 9578,    Coppell, Tx 75019-9513
12062011     +Credit World,    6000 Martway,    Mission KS 66202-3389
12062013     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls SD 57104-4868
12062014     +Heartland Spine & Specialty,    10720 Nall Ave,    Leawood KS 66211-1206
12062015     +Hsbc Nv,    Po Box 19360,    Portland OR 97280-0360
12062016      King of Kash,    5533 Troost,    Kansas City KS 66110-0000
12062017     +Loan N Go,    490 SW State Route 7,    Blue Springs MO 64014-3053
12062018     +Mazuma Credit Union,    9300 Troost,    Kansas City MO 64131-3000
12145662     +NCO Healthcare Research Med Ctr,    1804 Washington Blvd #600,    Baltimore MD 21230-1700
12062020     +Orchard Bank,    1138 N Germantown Pkwy,    Suite 101-270,    Cordova TN 38016-5872
12062021     +Quik Cash,    490 SW State Route 7,    Blue Springs MO 64014-3053
12062022     +Southwest Credit Syste,    5910 W Plano Pkwy Ste 10,    Plano TX 75093-2201
12062023     +Sun Loan Company,    3921 Main St,    Kansas City MO 64111-1916
12062024     +T-Moblie,    PO Box 53410,    Bellevue WA 98015-3410
12062025     +Wfnnb/lane Bryant,    4590 E Broad St,    Columbus OH 43213-1301
12068018     +World Financial Network National Bank,    Lane Bryant Retail,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
12144525      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Oct 06, 2009.
smg           E-mail/Text: ecfnotices@dor.mo.gov                             Missouri Department of Revenue,
               General Counsel’s Office,    PO Box 475,    Jefferson City, MO  65105-0475
12098011     +E-mail/PDF: BNCEmails@blinellc.com Oct 07 2009 00:06:10
               B-Line, LLC/Applied Card Systems, Inc.,    Mail Stop 550,    2101 Fourth Ave., Suite 1030,
               Seattle, WA 98121-2317
12062019     +E-mail/Text: JMEENTS@AAASCREENING.COM                          Midwest Regional Collection,
               7001 N Locust Suite 200,    Kansas City MO 64118-2555
12195700     +E-mail/Text: ecfnotices@dor.mo.gov                             Missouri Department of Revenue,
               P.O. Box 475,    Jefferson City, MO 65105-0475
12844277     +E-mail/Text: bknotice@ncmllc.com                               National Capital Management, LLC,
               8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
12062026     +E-mail/PDF: bk@worldacceptance.com Oct 07 2009 00:06:11       World Finance Corp,
               13700 E 40 Hwy Ste E,    Independence MO 64055-5875
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ‘++++’ were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0866-4         User: richardk            Page 2 of 2              Date Rcvd: Oct 06, 2009
Case: 07-40154               Form ID: 502              Total Noticed: 37

          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2009**         **Signature:** _Joseph Speetjens_