**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 13** |
| **THOMAS EDWARD HOST** | ) | |
| **and** | ) | **Case No. 07-40154-jwv** |
| **TRACEY MICHELLE HOST** | ) | |
| **Debtors** | ) | |

**CHAPTER 13 PLAN AND PLAN SUMMARY**

☐ Original plan                          ☒ Above median
☒ Third Amended plan                     ☐ Below median

**1.   PLAN PAYMENT:** Debtor shall pay $1,650.00 per month from future earnings to the standing Chapter 13 trustee.

   a.   ☒ Direct payment: from debtor(s) to trustee; or

   b.   ☐ Voluntary Wage Assignment to Employer:

Date: 06/24/2010

Chapter 13 debtor: s/ Thomas Edward Host
Chapter 13 debtor: s/ Tracey Michelle Host

By:

Attorney name: s/ Jennifer Dodson 60758
Attorney address: 1125 Grand Blvd., Suite 916, Kansas City, MO 64106
Attorney phone number: 816-283-8484