**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

| | |
|---|---|
| **In re:** ) | |
|     **THOMAS EDWARD HOST, JR** ) | **Chapter 13** |
|     **TRACEY MICHELLE HOST** ) | |
| ) | **Case No. 07-40154-jwv** |
| ) | |
|     **Debtors** ) | |

## MOTION FOR PAYOFF

COMES NOW, the Debtors, Thomas & Tracey Host, by and through their attorneys, N. Craig Horvath and Legal Helpers, P.C., and for their motion states as follows:

    1. Debtors filed their Chapter 13 petition on January 27, 2007.
    2. Debtor has been in his plan for more than 36 months and has the funds necessary to pay the remaining balance.
    3. Debtor requests the Court to order the Chapter 13 Trustee to provide a payoff amount.

    WHEREFORE, Debtor requests an Order of this Court for the Trustee to provide a payoff amount, and for such other relief as the Court deems just and proper.

    Respectfully Submitted,

    /s/ N. Craig Horvath
    N. Craig Horvath 61422
    Legal Helpers
    1125 Grand, Suite 916
    Kansas City, Mo 64106
    816-283-8484 Phone
    816-283-3940 Fax
    crh@legalhelpers.com

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the Debtor's Motion for Payoff was served via pre-paid postage or electronic mail, on the following parties on August 3, 2010.

                /s/ N. Craig Horvath
                N. Craig Horvath 61422


Richard Fink
Suite 800 818 Grand Blvd
Kansas City, MO 64106-1910
*Chapter 13 Trustee*

Thomas & Tracey Host
16419 Ridgemond Ct
Belton, MO 64012
*Debtors*