MOW 2016-1.2 (Updated 8/08)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

| | |
|---|---|
| **In re:**                    ) | |
|     **THOMAS EDWARD HOST, JR**   ) | **Chapter 13** |
|     **TRACEY MICHELLE HOST**    ) | |
|                                ) | **Case No. 07-40154-jwv** |
|                                ) | |
|     **Debtors**                ) | |

**MOTION FOR POST-CONFIRMATION FEES**

In accordance with Local Rule 2016-1 E, attorney for debtor hereby requests additional compensation for services performed on behalf of the debtor(s).

\_\_\_ Application/Motion to Suspend Payments - $200.00
       Date Application/Motion filed: 02.08.2010\_\_\_\_\_     Hearing Date_____
\_\_\_\_\_ Motion to Incur Additional Debt - $150.00
       Date Motion filed_____
\_\_\_\_\_ Motion to Distribute Insurance Proceeds  $100.00
       Date Motion filed_____
\_\_X\_\_\_ **Motion for Payoff of Chapter 13 Plan - $75.00**
       Date Motion filed_____
\_\_\_\_\_ Motion for Relief from Stay (divorce) - $200.00
       Date Motion filed_____
\_\_\_\_\_ Defense of Motion for Relief from Stay - $350.00
       Date Response filed_____     Hearing Date_____
\_\_\_\_\_ Defense of Motion to Dismiss Case - $200.00
       Date Response filed_____
\_\_\_\_\_ Certificate of Service Regarding State Tax Returns - $100.00
       Date Certificate of Service filed_____
\_\_\_\_\_ Obtaining Confirmation of Amended Chapter 13 Plan- $250.00
       Date Amendments filed_____
\_\_\_\_\_ Amendments to Schedules - $150.00
       Date Amendments filed_____
\_\_\_\_\_ Amendments to Schedules I and J with Business Attachments - $200.00
       Date Amendments filed _____
\_\_\_\_\_ Filing Proofs of Claim on behalf of Creditors - $125.00
       Date Claim filed_____
\_\_\_\_\_ Objections to Unsecured Proofs of Claim - $100.00
       Date Objection filed_____
\_\_\_\_\_ Objections to Secured Proofs of Claim - $225.00
       Date Objection filed_____     Hearing Date_____
\_\_\_\_\_ Motions to Sell Property - $200.00
       Date Motion filed_____     Hearing Date_____
\_\_\_\_\_ Motions to Employ Counsel/Professional - $175.00
       Date Motion filed_____

\_\_\_\_\_ Motions to Approve Settlement/Allow Use of Settlement - $175.00
       Date Motion filed_____     Hearing Date_____

\_\_\_\_\_   Motions to Avoid Lien or Avoid Judgment - $200.00
            Date Motion filed_____
\_\_\_\_\_   Motions to Vacate or Set Aside Order - $125.00
            Date Motion filed_____
\_\_\_\_\_   Motions for Emergency Hearing - $100.00
            Date Motion filed_____
\_\_\_\_\_   Appearance at Hearing Due to Trustee's Request for Hearing Based on Debtor's Failure
               to Cooperate - $125.00
            Date of Hearing_____

**\_\_\_X\_ Copy  Expenses  (0 Multiplied by $.25 = $0)**
       **Document Copied:**
**Motion to Suspend, Notice of Motion_____**
**\_\_\_X\_ Postage Expenses   (0 Multiplied by $.44 = $0)**
       **Document Mailed:**
**Motion to Suspend, Notice of Motion_____**

The services indicated above having been completed, additional compensation is hereby

requested in the amount of $75.00, and expenses in the amount of $0.

**I hereby certify that the services referenced in this motion were actually provided after confirmation of the plan in this case.**

/s/08.03.10                              /s/ N. Craig Horvath
Date                                     N. Craig Horvath 61422
                                         *Attorney for Debtor*

Attorney for Debtor hereby Certifies Service on Debtor, Richard Fink, the United States Trustee, and parties requesting notice via electronic filing and/or depositing in the U.S. Mail.  Motions for post-confirmation fees in excess of $1,000 must be noticed to all creditors pursuant to Local Rule 2016-1 C.

## NOTICE OF MOTION

Any party with an objection is directed to file a Response to the motion  within twenty (20) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov  Information  about electronic filing can be found on the Court website www.mow.uscourts.gov.  If a response is timely filed, a Notice of twenty (20) days, the Court will enter an order allowing the fees.
Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty (20) days, the Court will enter an order allowing the fees.


Instructions: File as a separate document
ECF Event: Bankruptcy>Motions/Applications/Requests>Post-Confirmation Fees