UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In re:                                                    )
    THOMAS EDWARD HOST, JR    )    Chapter 13
    TRACEY MICHELLE HOST        )
                                                   )    Case No. 07-40154-jwv
                                                   )
                       **Debtors**         )

## MOTION TO SUSPEND PLAN PAYMENTS

    COMES NOW Debtors, Thomas and Tracey Host, through counsel N. Craig Horvath of the law firm Legal Helpers P.C., to present this Motion to Suspend Plan Payments and state as follows:

1. That on January 17, 2007, Debtors filed a petition for relief under Chapter 13 of the U.S. Bankruptcy Code.

2. Debtors are requesting this Honorable Court to suspend Chapter 13 Plan payments in the amount of $4950.00 for the current deficiency.

3. Debtors' plan is currently running roughly 54 months.

4. Debtors state they will resume making monthly payments in January 2011.

WHEREFORE, Debtors request an Order of this Court Granting their Motion to Suspend Plan Payments in the amount of $4950.00 for the current deficiency and to resume making payments in January 2011.

            Respectfully Submitted,

            /s/ N. Craig Horvath
            N. Craig Horvath MO 61422
            Legal Helpers
            1125 Grand, Suite 916
            Kansas City, MO 64106
            816-283-8484 Phone
            816-283-3002 Fax

## NOTICE OF MOTION

**Any Response to this Motion must be filed within twenty (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at the http://ecf.mowb.uscourt.gov . A copy of such Response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the

case who have registered for electronic filing. If debtor's counsel is not registered for electronic filing, you must serve the response by mail. If a Response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no Response is filed within twenty (21) days, the Court will enter an Order granting the Motion.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Debtors' Motion to Suspend Plan Payments along with the above Notice of Motion was served via pre-paid postage or electronic mail, on the following parties on or about the day filed with the court.

    /s/ N. Craig Horvath
    N. Craig Horvath MO 61422

*Trustee*
Richard Fink
Suite 800
818 Grand Blvd
Kansas City, MO 64106-1910

Creditor Matrix