## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:                                )
                                      )
**Thomas Edward Host, Jr.**           )
**Tracey Miller Host**                )      **Case No. 07-40154-jwv13**
        **Debtor**                    )
                                      )

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS

COMES NOW, Jennifer Dodson, attorney for Debtors, and in response to the Trustee's Motion to Dismiss states:

1. Debtor, Thomas Host, was injured and has been unable to work for the past three months.   He is due to return to work in September of 2011 and will resume his plan payments at that point in time.
2. According the Chapter 13 Trustee's website the Debtors only have $3,945.92 left to pay off their Chapter 13 Plan which is less than the default in plan payments of $4,950.00.  Debtors should be able to complete  their Chapter 13 Plan with September, November, and December 2011 payments.
3. Debtors are filing a motion to suspend plan payments in the amount of $4,950.00.

THEREFORE, Debtor hereby requests an order of the Court denying the Trustee's Motion to Dismiss.

Respectfully Submitted,

/s/Jennifer Dodson
Jennifer Dodson 60758
Legal Helpers, P.C.
1125 Grand Ave., Suite 916
Kansas City, Mo 64106
816-283-8484 Phone

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed electronically with the Clerk of the Court  pursuant to the CM/ECF system and electronic notice of such filing was served by the Office of the Clerk upon The United States Trustee and parties in interest registered in such CM/ECF system with respect to this case.

/s/Jennifer Dodson
Jennifer Dodson 60758