**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | |
| **Thomas Edward Host, Jr.** ) | Case No: 07-40154-jwv13 |
| **Tracey Michelle Host** ) | |
| ) | |
| **Debtors** ) | |

## MOTION TO SUSPEND PLAN PAYMENTS

COME NOW Debtors, Thomas and Tracey Host, through counsel Jennifer Dodson of the law firm Legal Helpers P.C., to present this Motion to Suspend Plan Payments and state as follows:

1. That on January 17, 2007, Debtor filed a petition for relief under Chapter 13 of the U.S. Bankruptcy Code.

2. Debtor is requesting this Honorable Court to suspend Chapter 13 Plan payments in the amount of $4,950.00.

3. Debtor, Thomas Host, was injured and unable to work for the past several months. Mr. Host will be returning to work in September of 2011 and will resume his plan payment at that time.

4. Debtors' Chapter 13 Plan should complete within the required time frame with the above suspension of plan payments.

WHEREFORE, Debtors request an Order of this Court Granting their Motion to Suspend Plan Payments in the amount of $4,950.00.

                                          Respectfully Submitted,

                                          /s/ Jennifer Dodson
                                          Jennifer Dodson 60758
                                          Legal Helpers
                                          1125 Grand, Suite 916
                                          Kansas City, Mo 64106
                                          816-283-8484 Phone
                                          816-283-3002 Fax
                                          jpr@legalhelpers.com

## NOTICE OF MOTION

**Any Response to this Motion must be filed within twenty (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at the http://ecf.mowb.uscourt.gov . A copy of such Response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If debtor's counsel is not registered for electronic filing, you must serve the response by mail. If a Response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no Response is filed within twenty (21) days, the Court will enter an Order granting the Motion.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the debtors' Motion was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon the affected creditors and other parties in interest via US First Class Mail, postage prepaid, this 17 day of August, 2011

> /s/ Jennifer Dodson
> Jennifer Dodson 60758