## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | |
|     THOMAS EDWARD HOST, JR | ) | Chapter 13 |
|     TRACEY MICHELLE HOST | ) | |
| | ) | Case No. 07-40154-jwv |
| | ) | |
|     Debtors | ) | |

### RESPONSE TO MOTION TO DISMISS

COMES NOW, N. Craig Horvath of the law firm Macey Bankruptcy Law, P.C., attorney for Debtors, and in response to the Motion to Dismiss state:

1. Debtors filed a petition on January 17, 2007 under Chapter 13 of the United States Bankruptcy Code.

2. Debtors state they are in default in the amount of $6600.00.

3. Debtors are currently going through a divorce.

4. Debtors state that Mr. Host has been out of work due to an injury sustained in February of last year.

5. Debtors state that Mr. Host will start to receive disability payments in February and will be more capable of making a regular payment at that time.

THEREFORE, Debtor hereby requests this Honorable Court issue an Order denying the Motion to Dismiss.

                                          Respectfully Submitted,

                                        /s/ N. Craig Horvath
                                        N. Craig Horvath MO 61422
                                        Macey Bankruptcy Law, P.C.
                                        1125 Grand Ave., Suite 916
                                        Kansas City, MO 64106
                                        816-283-8484 P
                                        816-283-3002 F

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the attached Response was served on Richard V. Fink, Chapter 13 Trustee via the Court's electronic noticing system on or about the day filed with the court.

/s/ N. Craig Horvath
N. Craig Horvath MO 61422
Macey Bankruptcy Law, P.C.
1125 Grand, Suite 916
Kansas City, MO 64106
816-283-8484 Phone
816-283-3002 Fax
nhorvath@maceybankruptcylaw.com