**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re: | ) | |
| THOMAS EDWARD HOST, JR | ) | Chapter 13 |
| TRACEY MICHELLE HOST | ) | |
| | ) | Case No. 07-40154-jwv |
| | ) | |
| **Debtors** | ) | |

## MOTION TO CONTINUE HEARING

COME NOW, Debtors, Thomas & Tracey Host, by and through their attorneys, Megan D. Leimkuehler and the law firm Macey Bankruptcy Law, P.C., and for their Motion states as follows:

1. Trustee filed a Motion to Dismiss on December 5, 2011.

2. Debtors filed a response to the Motion to Dismiss on December 16, 2011.

3. The Motion to Dismiss has been set for a Hearing, scheduled for January 9, 2012 at 9:00 a.m.

4. Debtors mailed, and Trustee's website reflects, a payment of $300 on December 28, 2011.

5. Debtors are in month 60 of their bankruptcy.

6. Debtor, Thomas Host, who has been out of work due to an injury, will begin receiving disability payments in Feburary and will be better able to catch up on the default in plan payments at that time.

7. It is in the best interests of the creditors to continue the hearing so Debtor can continue to attempt to get caught up on the default. Dismissing the case in month 60 would be detrimental to both creditors and Debtors alike.

THEREFORE, Debtors hereby request this Honorable Court issue an Order

Granting the Motion to Continue Hearing.

>Respectfully Submitted,
>
>/s/ Megan Leimkuehler
>Megan Leimkuehler, MO 63536
>Macey Bankruptcy Law, P.C.
>1125 Grand Ave., Suite 916
>Kansas City, MO 64106
>mleimkuehler@maceybankruptcylaw.com
>816-283-8484 / 816-283-3002 Fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Motion to Continue Hearing was served on Richard V. Fink, Chapter 13 Trustee via the Court's electronic noticing system on or about the day filed with the court.

>/s/ Megan Leimkuehler
>Megan Leimkuehler, MO 63536
>Macey Bankruptcy Law, P.C.
>1125 Grand, Suite 916
>Kansas City, MO 64106
>816-283-8484 / 816-283-3002 Fax
>mleimkuehler@maceybankruptcylaw.com