# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | |
| THOMAS EDWARD HOST, JR | ) | Chapter 13 |
| TRACEY MICHELLE HOST | ) | |
| | ) | Case No. 07-40154-jwv |
| | ) | |
| Debtors | ) | |

## MOTION TO CONTINUE HEARING

COME NOW, Debtors, Thomas & Tracey Host, by and through their attorneys, Megan D. Leimkuehler and the law firm Macey Bankruptcy Law, P.C., and for their Motion states as follows:

1. Trustee filed a Motion to Dismiss on December 5, 2011.

2. Debtors filed a response to the Motion to Dismiss on December 16, 2011.

3. The Motion to Dismiss has been set for a Hearing, originally scheduled for January 9, 2012 at 9:00 a.m and continued to February 27, 2012 at 9:00 a.m.

4. Debtors are in month 61 of their bankruptcy.

5. Debtor, Thomas Host, has been out of work due to an injury. He began receiving disability payments in February of $346.00 per week, which barely covers his living expenses. Debtor has been cleared by his doctor to return to work on March 1, 2012, but is still waiting on clearance to return to work by the railroad. Once he is able to return to work, he will be able to begin catching up on the default in plan payments at that time.

6. It is in the best interests of the creditors to continue the hearing so Debtor can return to work and begin getting caught up on the default. Dismissing the case in month 61 would be detrimental to both creditors and Debtors alike.

THEREFORE, Debtors hereby request this Honorable Court issue an Order Granting the Motion to Continue Hearing.

Respectfully Submitted,

/s/ Megan Leimkuehler
Megan Leimkuehler, MO 63536
Macey Bankruptcy Law, P.C.
1125 Grand Ave., Suite 916
Kansas City, MO 64106
mleimkuehler@maceybankruptcylaw.com
816-283-8484 / 816-283-3002 Fax

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Motion to Continue Hearing was served on Richard V. Fink, Chapter 13 Trustee via the Court's electronic noticing system on or about the day filed with the court.

/s/ Megan Leimkuehler
Megan Leimkuehler, MO 63536
Macey Bankruptcy Law, P.C.
1125 Grand, Suite 916
Kansas City, MO 64106
816-283-8484 / 816-283-3002 Fax
mleimkuehler@maceybankruptcylaw.com