# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:    Thomas Edward Host Jr
          Tracey Michelle Host


                Debtors

Case No.:  07-40154-jwv-13

Non-Governmental Bar Date:  May 23, 2007

Governmental Bar Date:  July 16, 2007

Dated:  June 19, 2012


## NOTICE ALLOWING CLAIM AS ADJUSTED

Comes now the Standing Chapter 13 Trustee who shows the Court that the following claim was amended and moves that the claim be allowed as provided herein:

Court Claim No.: 11
Trustee Claim No.: 20

Quik Cash
490 S 7 Hwy
Blue Springs, MO  64014

Claim Filed Date: May 01, 2007

Special Remarks:  Paid In Full

Special Unsecured Non-Priority (Pr)

Claim Amount:  $422.65      Percent to be Paid:  100.00 %

Monthly Payment:  $0.00      Interest Rate:  0.00

Principal Paid: $422.65      Interest Paid: $0.00

Balance Owed:  $0.00

Account:  TRACY:0182050271 & 0182050232

Pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001(F) of the Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that this claim be allowed as filed unless the debtor or a creditor files an objection to the claim and the Court enters an Order sustaining the objection.

/s/  Richard V. Fink, Trustee

Richard V. Fink, Trustee
818 Grand Blvd., Suite 800
Kansas City, MO 64106-1901

## NOTICE

Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the U.S. Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov. For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302. A copy of such response will be served electronically by the Court on the Chapter 13 trustee and all other parties to the case who have registered for electronic filing.  If debtor's counsel is not registered for electronic filing, you must serve the response by mail.  If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing.  If a hearing is to be held, notice of such hearing will be sent to all parties of interest by the Court.

## NOTICE OF SERVICE

Appropriate parties will be served by the Chapter 13 trustee's office either electronically or by mail.

/s/  Richard V. Fink, Trustee

HP    /NTAAAC