# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  THOMAS EDWARD HOST JR
TRACEY MICHELLE HOST

Case No.: 07-40154-jwv-13

Debtors

## TRUSTEE'S OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE DUE TO PLAN COMPLETION

Comes now Richard V. Fink, Chapter 13 Trustee, and files this objection to the debtor's Motion for Entry of Chapter 13 Discharge Due to Plan Completion (CM/ECF Document #162 filed August 22, 2012) and in support thereof states:

- Trustee's records reflect that debtors filed Chapter 7 case 04-42559 in the Western District of Missouri on April 27, 2004 and that said case was discharged on August 20, 2004. Based upon debtors' prior case filing, debtors do not qualify for a discharge in this case.

Based on the foregoing, the Chapter 13 Trustee files this objection to the Motion for Entry of Chapter 13 Discharge Due to Plan Completion.

Respectfully submitted,

/s/ Richard V. Fink, Trustee

August 27, 2012

Richard V. Fink, Trustee
818 Grand Blvd., Suite 800
Kansas City, MO 64106-1901

## NOTICE OF SERVICE

Appropriate parties will be served by the Chapter 13 Trustee's office either electronically or by mail.

Macey Bankruptcy Law Pc
1125 Grand Blvd # 916
Kansas City MO 64106

MS    /Objection - Motion for Entry of Discharge